WHITE, administrator, v. HUNT, guardian.

FISH, J.   This case, upon its facts, is controlled by the decision in *White* v. *Georgia Home Insurance Company,* this day rendered.
*Judgment affirmed.   All the Justices concurring.*

Argued November 23,—Decided December 13, 1901.

Equitable petition.   Before Judge Butt.   Muscogee superior court.   June 13, 1901.

*Hatcher & Carson,* for plaintiff in error.
*Charlton E. Battle,* contra.